UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONFORMIS, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>ACACIA RESEARCH GROUP LLC, ADVANCED SKELETAL INNOVATIONS LLC, BONUTTI SKELETAL INNOVATIONS LLC, and PHILLIP MITCHELL,<br><br>             Defendants. | CIVIL ACTION NO. 1:13-cv-10377-PBS |

## AFFIDAVIT OF MATTHEW R. VAN EMAN

NOW COMES MATTHEW R. VAN EMAN, being first duly sworn upon oath and states upon personal knowledge:

1. On March 4, 2013, counsel for Defendant Acacia Research Group LLC, Marc J. Schneider of Stradling Yocca Carlson & Rauth, P.C., 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660-6422, agreed to accept service on behalf of Defendant Acacia Research Group LLC.

2. By e-mail dated March 11, 2013, the following documents were served on counsel:

- DI 1 Complaint;
- DI 2 Report on the filing or determination of an action regarding patent or trademark;
- DI 3 Corporate Disclosure Statement;
- DI 4 Notice of Case Assignment;
- DI 5 Summons;
- DI 6 Notice of Related Cases; and
- DI 7 Notice of Appearance.

3. By agreement of counsel, Defendant Acacia Research Group LLC has agreed to answer or otherwise respond to the Complaint by April 22, 2013.

Dated:  March 12, 2013                            Respectfully submitted,

/s/ Matthew R. Van Eman
Denise W. DeFranco (BBO No. 558859)
Matthew R. Van Eman (BBO No. 671722)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Seaport Lane
Boston, MA 02210-2001
E-mail address:  denise.defranco@finnegan.com
E-mail address:  matthew.vaneman@finnegan.com
Telephone: (617) 646-1600
Facsimile:  (617) 646-1666

2

Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Freedom Square
Reston, Virginia 20190
E-mail address: charles.lipsey@finnegan.com
Telephone: (571) 203-2700

Howard W. Levine
Sanya Sukduang
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
E-mail address: howard.levine@finnegan.com
E-mail address: sanya.sukduang@finnegan.com
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for ConforMIS, Inc.